AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| United States of America<br>v.<br>ADAM HALL<br><br>*Defendant(s)* | )<br>)<br>)   Case No. 16-50M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/28/15 through 1/4/16__ in the county of __Kent__ in the _____ District of __Delaware__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(1), 2252A(a)(2), & 2252A(a)(5) | The Transportation, Receipt and Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Patrick M. McCall
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/14/2016

_____
*Judge's signature*

City and state: Wilmington, Delaware    The Honorable Christopher J. Burke
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Patrick M. McCall, a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI) Wilmington, Delaware Resident Office, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Department of Homeland Security, HSI, an investigative branch of the United States Department of Homeland Security. I am a federal law enforcement officer authorized by the Secretary of Homeland Security to request the issuance of search warrants. I have been employed as a Special Agent for HSI and its predecessor agency, the United States Immigration and Naturalization Service (INS) and United States Immigration and Customs Enforcement (ICE), for approximately twenty-seven (27) years and am currently assigned to the Resident Agent in Charge (RAC) Office in Wilmington, Delaware. I was previously assigned to the ICE/INS Philadelphia Office of Investigations for approximately eighteen years, where my responsibilities included conducting investigations into various types of federal crimes, including crimes involving child pornography. I have received training from ICE and another of its predecessor agencies, the United States Customs Service, regarding child pornography, the sexual abuse of children, the behavior of preferential child molesters and how to conduct investigations of child sexual exploitation and obscenity crimes. As part of my work on these cases and in these training courses, I have observed and reviewed numerous examples of child pornography (as that term is defined in 18 U.S.C. § 2256) in all forms of media, including computer media. In the course of my investigative duties, I have also had contact, in the form of interviews and meetings, with preferential child pornographers and those involved in the distribution, sale, production and possession of child pornography. And I have assisted in the execution of numerous search warrants relating to investigations of child pornography crimes.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. This Affidavit is submitted in support of a criminal complaint charging ADAM HALL, age 30, of Felton, Delaware, with violating Title 18, United States Code, Sections 2252A(a)(1), 2252A(a)(2), and 2252A(a)(5), which prohibit the transportation, receipt and possession of child pornography, respectively. I submit that, based on the information contained within this Affidavit, there is probable cause to charge these offenses.

4. In particular, as set forth in more detail below, from on or about November 25, 2015, to on or about January 4, 2016, ADAM HALL transported and received, via the Internet, multiple files containing depictions of child pornography, which he then stored on his cellular smartphone.

5. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents. I have not set forth every fact resulting from the investigation. Rather, I have included only that information necessary to establish probable cause to charge ADAM HALL with violating Title 18, United States Code, Sections 2252A(a)(1), 2252A(a)(2) & 2252(a)(5).

**PERTINENT CRIMINAL STATUTES AND LAW**

6. Title 18, United States Code, Section 2256(8) defines "Child Pornography" as "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; . . . [or] (C) such visual depiction has been

created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct."

7. Title 18, United States Code, Section 2256(2) defines "sexually explicit conduct" as actual or simulated:

    (i) Sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;

    (ii) Bestiality;

    (iii) Masturbation;

    (iv) Sadistic or masochistic abuse; or

    (v) Lascivious exhibition of the genitals or pubic area of any person.

8. Title 18, United States Code, Section 2256(5) defines "visual depiction" as including undeveloped film and videotape, and data stored on computer disk or by electronic means that is capable of conversion into a visual image.

9. Title 18, United States Code, Section 2256(1) defines the term "minor" as any person under the age of eighteen years.

10. Title 18, United States Code, Section 2252A(a)(1) prohibits a person from knowingly transporting any child pornography using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means, including by computer.

11. Title 18, United States Code, Section 2252A(a)(2)(B) prohibits a person from knowingly receiving any material that contains child pornography using any means or facility of interstate or foreign commerce, or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

12. Title 18, United States Code, Section 2252A(a)(5)(B) prohibits a person from knowingly possessing, or knowingly accessing with intent to view, any material that contains an image of child pornography that has been transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer.

13. Provided that a "facility of interstate or foreign commerce," such as a computer, is used in the transport or receipt of child pornography as set forth above, neither provision requires "evidence that the material actually crossed state lines." *See, e.g., United States v. Brown*, 785 f.3d 1337, 1351 (9th Cir. 2015). This is so, in part, because Congress has found that "the transmission of child pornography using the Internet constitutes transportation in interstate commerce." Pub. L. No. 110-358, § 102(7).

14. For purposes of the above statutes, a "computer" means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable hand held calculator, or other similar device. 18 U.S.C. § 1030(e)(1); 18 U.S.C. § 2256(6).

## DETAILS OF INVESTIGATION

15. On January 4, 2016, Adam W. HALL was investigated and taken into custody by the Delaware State Police (DSP) Troop 7 in reference to a lewdness complaint. This complaint stemmed from an incident involving HALL when he was found to be masturbating in front of a fourteen (14) year-old female victim in the back of a vehicle they were riding in. The parents of

4

the victim were riding in the front seat of the vehicle and were unaware the incident had occurred, until after the victim reported it.

16. While being taken into custody by DSP, Adam HALL was found to be in possession of a LG TracFone, serial number 503CYCV2522483) (hereinafter, the "Phone"). I know, based on my training and experience, that the Phone is a "computer" as defined by 18 U.S.C. § 1030(e)(1) and 18 U.S.C. § 2256(6). As the Phone was collected, DSP Trooper Langdon (Delaware State Police Troop 7) observed the lock screen of the Phone. Trooper Langdon observed an image of a naked female, who he believed to be under the age of 18, who was exposing her chest and vagina.

17. On the evening of January 4, 2016, DSP Detective John Messick from the Internet Crimes Against Children (ICAC) Task Force spoke with the DSP supervisor Sergeant Adam Wright at Troop 7. At this time, Detective Messick advised Sergeant Wright to collect the Phone as evidence and to put the Phone in "airplane" mode, so that its contents could not be remotely accessed and possibly erased. Sergeant Wright stated that the home screen of the Phone contained a different naked female who also appeared to be under the age of 18. This image showed the female child having vaginal intercourse with a male.

18. On January 4, 2016, during a post-Miranda statement relating to his arrest on the Delaware state lewdness charge, Adam HALL stated there were approximately 15 images of pornography stored on the Phone. HALL also added that he obtained these images through websites that he accessed on his Playstation 4 ("PS4") while at his residence.

19. On January 4, 2016, Adam HALL was arrested and charged for Lewdness and Endangering the Welfare of a Child in violation of Delaware law. After his arrest, HALL was initially committed to Sussex Correctional Institution (SCI), but was released the same day after

his bond was posted. Subsequent to his release, the completed paperwork at the SCI stated his current address was 628 Plymouth Road, Felton, Delaware 19943.

20. Moreover, during the investigation, it was determined that Adam HALL is required to register as a sex offender based on a conviction in the State of Georgia in 2004 for Child Molestation. The address at 628 Plymouth Road, Felton, Delaware 1994 is the address on file for HALL with the State of Delaware Sex Offender Registry Unit as of October 2015.

21. On January 5, 2016, a State of Delaware search warrant was obtained authorizing the search of the Phone. The search warrant was signed via JP Court #2 by Judge Hudson.

22. On January 7, 2016, DSP Detective Terrance Smith of the High Technology Crimes Unit (HTCU) performed a forensic examination of the Phone. The examination found approximately 100 images of child sexual exploitation. The lock screen and home screen images – as set forth above – were located and verified to be images of children. The majority of the images found on the Phone can be described as naked female children approximately 4 to 8 years of age, with the focus on their vaginal areas. The earliest dates associated with these images on the device were listed as November 28, 2015 and December 25, 2015.

23. On January 7, 2016, Detective Kevin McKay of ICAC conducted surveillance of the residence at 628 Plymouth Road, Felton, Delaware. A black Ford Focus was observed parked in the driveway with Delaware registration 332083. Delaware Department of Motor Vehicles records found that this vehicle is registered to Ricky Wayne Hall, HALL's step-father.

24. On January 8, HSI agents from RAC Wilmington assisted the Delaware Child Predator Unit (ICAC) in the execution of a state search warrant at 628 Plymouth Road, Felton, Delaware 19943. At that time, numerous computer and computer related media were seized including the PS4 game console described by HALL in his post-Miranda interview several days

prior. I know, based on my training and experience, that a PS4 is a "computer" as defined by 18 U.S.C. § 1030(e)(1) and 18 U.S.C. § 2256(6).

25. On January 8, 2016, HALL was interviewed by DSP Detective John Messick (ICAC) at DSP Troop 3 relating to this arrest on child pornography charges. After being advised of his Miranda rights, HALL admitted to searching for pornography on the website "underground teen porn" using his PS4. HALL further admitted that while searching for females over the age of 18, he did come across females that were likely under 10 years of age. These females were involved in sex acts to include sexual intercourse and oral sex. HALL would take photographs with his cellular phone of the screen and then save them to his phone for the purpose of allowing easier access to the child images. HALL further stated that he would masturbate to these images.

26. On or about January 8, 2016, DSP Detective Terrance Smith of HTCU performed a forensic examination of the PS4 pursuant to a search warrant. Based on its web browsing history, Detective Smith found evidence that the PS4 was used to access websites which, based on their names, are consistent with containing child pornography, such as the following: "Just Fucked Mi Daughter in Face (3.y.o.o. + pics)," "7y.o.o.o...12y.o.o.-sexopedia2014", "Crazy Teens," and "12yo Girls Top List." Moreover, a search of the Phone revealed that it was used to access the internet and make web searches specific to child pornography with search terms such as "young ebony teen" and "underground teen porn." These latter internet searches occurred on January 2, 2016 and January 4, 2016.

## CONCLUSION

27. Based on the above information, there is probable cause to believe that from November 28, 2015, to January 4, 2016, ADAM HALL transported, received and possessed depictions of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(1), 2252A(a)(2) & 2252A(a)(5)(B).

Respectfully submitted,

Patrick M. McCall
Special Agent
Homeland Security Investigations (HSI)

Sworn and subscribed before me
this 14th day of March 2016

Honorable Christopher J. Burke
United States Magistrate Judge