IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 17-58-UNA |
| ADAM HALL, | ) |
| | ) |
| Defendant. | ) |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about January 4, 2016, in the State and District of Delaware, the defendant, ADAM HALL, did knowingly possess and access with intent to view material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

### Forfeiture Count

Upon conviction for violating Title 18, United States Code, Section 2252A(a)(5)(B), as set forth in Count One, the defendant, ADAM HALL shall forfeit to the United States any and all matter that contains visual depictions of child pornography or visual depictions that are or appear to be of minors engaged in

sexually explicit conduct, that are produced, transported, shipped, received or possessed in violation thereof; any property constituting or derived from any proceeds ADAM HALL obtained directly or indirectly as a result of the aforementioned violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including but not limited to the following:

1. One dark blue LG TracFone (Serial No. 503CYCV2522483);
2. One PlayStation 4, Model CUH1001A (Serial No. MB011741039).

pursuant to Title 18, United States Code, Section 2253.


DAVID C. WEISS
Acting United States Attorney

BY: /s/ Shawn A. Weede
Shawn A. Weede
Assistant United States Attorney


Dated: July 12, 2017