# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 17-58-LPS |
| ) | |
| ADAM HALL, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, Acting United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and hereby submits the following:

1. On August 30, 2017, the defendant pleaded guilty to possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5).

2. A sentencing hearing is currently scheduled for January 3, 2018, at 11:00 a.m.

3. The government respectfully submits that additional time is necessary in order to obtain information relevant to restitution, pursuant to 18 U.S.C. § 2259(a). In particular, the government is still in the process of identifying and contacting the child victims in this case in order to determine a proposed restitution amount. The government expects that this process will take approximately 60 more days.

4. The undersigned has contacted the defendant's attorney, Dina Chavar, Esq. Ms. Chavar indicated that she does not oppose the government's motion because she needs additional time to research and develop argument as to whether the defendant's prior conviction qualifies him for an enhanced penalty in this case.

5. For the above reasons, the government – with no objection from the defendant – respectfully requests that the sentencing hearing be continued for approximately 60 days.

WHEREFORE, the government respectfully requests that the Court grant its Unopposed Motion to Continue Sentencing.   A proposed Order is attached.

                                      Respectfully submitted,

                                      DAVID C. WEISS
                                      Acting United States Attorney

                             By: /s/ Shawn A. Weede_____
                                      Shawn A. Weede
                                      Assistant United States Attorney

Dated: December 14, 2017

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 17-58-LPS |
| ) | |
| ADAM HALL, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Having considered the government's Unopposed Motion to Continue Sentencing, **IT IS HEREBY ORDERED** that the sentencing hearing scheduled for January 3, 2018, is continued to _____, at _____ a.m./p.m.

_____
THE HONORABLE LEONARD P. STARK
CHIEF JUDGE
DISTRICT OF DELAWARE

Dated: