IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | No. 3:17-CR-58 |
| v. | : | |
| | : | |
| ADAM HALL | : | (JUDGE STARK) |
| | : | |
| | : | *(Electronically Filed)* |

**DEFENDANT'S UNOPPOSED MOTION**
**TO CONTINUE SENTENCING**

Adam Hall, by and through his counsel, Dina Chavar, Esquire, respectfully requests that this Court continue the sentencing hearing in this matter for at least thirty (30) days. As grounds, it is averred:

1. On August 30, 2017, Mr. Hall plead guilty to possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5).

2. The sentencing hearing is currently scheduled for May 30, 2018 at 1:00 p.m.

3. This case involves a possible recidivist enhancement, which if triggered by the statute would mandate the imposition of a 10-year sentence, a sentence well-above the advisory guidelines range.

4. Counsel is preparing a legal argument opposing this enhancement and needs additional time to prepare that argument. In addition, given that the sentencing hearing is scheduled approximately 2-weeks from this filing, the government will not have sufficient time to respond to defense counsel's legal argument opposing the enhancement.

5. Assistant United States Attorney Shawn Weede does not oppose this motion to continue the sentencing in this matter.

**WHEREFORE**, for the reasons cited above, and for any other reasons the Court deems appropriate or necessary, Adam Hall respectfully moves this Court for a continuance of sentencing for at least thirty (30) days.

Date: <u>May 8, 2018</u>                                                  Respectfully submitted,


By: <u>*s/ Dina Chavar*</u>
**DINA CHAVAR, ESQUIRE**
The Nemours Building, 4th Floor
1007 N. Orange Street
Wilmington, DE 19801
302-256-0804
Dina@dinachavar.com