IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | No. 3:17-CR-58 |
| v. | : | |
| | : | |
| ADAM HALL | : | (JUDGE STARK) |
| | : | |
| | : | *(Electronically Filed)* |

**JOINT MOTION**
**TO CONTINUE SENTENCING**

Adam Hall, by and through his counsel, Dina Chavar, Esquire, respectfully requests that this Court continue the sentencing hearing in this matter for at least sixty (60) days. As grounds, it is averred:

1. On August 30, 2017, Mr. Hall plead guilty to possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5).

2. The sentencing hearing is currently scheduled for August 2, 2018 at 10:00 a.m.

3. This case involves a possible statutory recidivist enhancement, which if triggered, mandates a 10-year minimum sentence, which is well-above the advisory sentencing guidelines range.

4. Defense counsel submitted a legal argument opposing this enhancement to Assistant United States Attorney Shawn Weede. However, that submission was just recently produced. Accordingly, more time is needed so that Mr. Weede has sufficient time to review and consider defense counsel's argument opposing the recidivist enhancement, so that he may reach a determination as to whether the enhancement should be applied prior to the sentencing hearing.

5.      Assistant United States Attorney Shawn Weede does not oppose this motion to continue the sentencing in this matter, and in fact, joins in the request for a continuance.

**WHEREFORE**, for the reasons cited above, and for any other reasons the Court deems appropriate or necessary, Adam Hall respectfully moves this Court for a continuance of sentencing for at least sixty (60) days.

Date: July 24, 2018                                                                    Respectfully submitted,

By: *s/ Dina Chavar*

**DINA CHAVAR, ESQUIRE**
The Nemours Building, 4th Floor
1007 N. Orange Street
Wilmington, DE 19801
302-256-0804
Dina@dinachavar.com